Brett Duxbury, Calif. Bar No. 155268
brettduxbury@mac.com
P.O. Box 1938
Kernville, CA 93238
760.376.1905
Attorney for Plaintiff KERN RIVER BOATERS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

KERN RIVER BOATERS,
Plaintiff,
vs.
UNITED STATES FOREST SERVICE, et al.,
Defendants.

Case No. 1:25-cv-00631-KES-CDB

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
(Fed. R. Civ. P. 41(a)(1)(A)(i))

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kern River Boaters hereby dismisses this action in its entirety without prejudice.

Dated: June 17, 2025

Respectfully submitted,

/s/ Brett Duxbury
Brett Duxbury (Calif. Bar No. 155268)
brettduxbury@mac.com
P.O. Box 1938
Kernville, CA 93238
Phone: 760.376.1905
Attorney for Plaintiff Kern River Boaters

1